[Criminal No. 445.　Filed April 18, 1918.]

[171 Pac. 492.]

ED CUFF, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the county of Mohave.　John A. Ellis, Judge.　Affirmed.

No appearance for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. L. B. Whitney and Mr. R. W. Kramer, Assistant Attorneys General, for the State.

PER CURIAM.—The appellant appeals from the judgment of conviction of murder.　The record was filed June 22, 1917, and the case was ordered submitted thereon at the January, 1918, call of the calendar.

Appellant has not called our attention to any error by assignment, brief, or otherwise.　We have carefully examined the information, the transcript of testimony and the instructions of the court for fundamental error and, finding none, the judgment is affirmed.

---

[Criminal No. 446.　Filed April 18, 1918.]

[171 Pac. 492.]

FLOYD SMITH, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the county of Mohave.　John A. Ellis, Judge.　Affirmed.

No appearance for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. R. Wm. Kramer and Mr. Louis B. Whitney, Assistant Attorneys General, for the State.

PER CURIAM.—The appellant appeals from the judgment of conviction of murder.　The record was filed June 22, 1917,

and the case was ordered submitted thereon at the January, 1918, call of the calendar.

Appellant has not called our attention to any error by assignment, brief, or otherwise. We have carefully examined the information, the transcript of testimony and the instructions of the court for fundamental error and, finding none, the judgment is affirmed.

---

[Criminal No. 449.  Filed April 18, 1918.]

[171 Pac. 492.]

D. B. BACA, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the county of Apache.  George H. Crosby, Jr., Judge.  Affirmed.

Mr. George Estes, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. G. W. Harben and Mr. L. B. Whitney, Assistant Attorneys General, for the State.

PER CURIAM.—Appellant was convicted of selling intoxicating liquors. The record is all that we have before us. A careful examination of it discloses no error. The judgment of conviction is affirmed.

---

[Criminal No. 450.  Filed April 18, 1918.]

[171 Pac. 492.]

D. B. BACA, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the county of Apache.  George H. Crosby, Jr., Judge.  Affirmed.

Mr. George Estes, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. G. W. Harben and Mr. L. B. Whitney, Assistant Attorneys General, for the State.